UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA

                Plaintiff,

        -v-                            5:25-CV-1051

CROSS NICASTRO

                Defendant,

        and

E-TRADE SECURITIES, LLC,

                Garnishee.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

JOHN A. SARCONE III              MELISSA O. ROTHBART, ESQ.
United States Attorney for the       Ass't United States Attorney
   Northern District of New York
100 South Clinton Street,
Syracuse, NY 13261-7198

CROSS NICASTRO
Defendant, *pro se*
3720 Southside Road
Frankfort, NY 13340

E-TRADE SECURITIES, LLC
Garnishee
200 Hudson Street, Suite 500
Jersey City, New Jersey

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On August 8, 2025, plaintiff the United States of America (the "Government") filed this civil action, pursuant to 28 U.S.C. §§ 3205(b)(1) of the Federal Debt Collection Procedures Act of 1990, to garnish Cross Nicastro's ("defendant") interest in a brokerage account to satisfy his restitution obligation.[1][2]  Dkt. Nos. 1, 3.  The writ was issued to the garnishee, who answered shortly thereafter.  Dkt. Nos. 3, 7.  On August 22, 2025, defendant filed an exemption claim and requested a hearing, arguing both that he is in full compliance with the existing restitution order and that the Government's garnishment action violates that order.  Dkt. No. 8.

The Government opposed defendant's request, arguing that he: (1) fails to set forth a basis entitling him to a hearing to contest the writ; and (2) even if defendant did have a basis for such a hearing, garnishment is still proper

---

[1]  Briefly stated, defendant was found guilty in 2012 of conspiracy to: impede the United States, violate CERCLA, violate the Clean Water Act, obstruct justice, and commit wire fraud in violation of 18 U.S.C. § 371. *United States v. Nicastro*, 5:11-CR-0264, 2013 WL 2309692 (N.D.N.Y. March 13, 2023), aff'd, 586 F. App'x 60 (2d Cir. 2014).  Thereafter, on June 30, 2016, the Court issued an amended judgment ordering defendant pay restitution in the amount of $300,000, and that payments were to be made in monthly installments of not less than $200.00.  *Id.*  As of August 26, 2025, defendant still owes $277,891.00.  Dkt. No. 10.

[2]  E-Trade Securities, LLC (the "Garnishee"), was served with a Writ of Continuing Garnishment.  Dkt. No. 3.  They answered, Dkt. No. 7, indicating defendant was the owner of a brokerage account that, as of August 18, 2025, was valued at $285,482.34.

here because plaintiff's brokerage account is not subject to an exemption nor is the Government barred from further collection efforts, such as the instant one, as a result of the amended judgment issued in 2016.  Dkt. No. 10.

On August 27, 2025, U.S. Magistrate Judge Miroslav Lovric ordered the parties to file supplemental briefing addressing what court order obligated defendant to make full, complete, and immediate restitution as opposed to the schedule of monthly installments set forth in the Amended Judgment. Dkt. No. 12.  Only the Government complied with this order.  Dkt. No. 13.

On September 17, 2025, Judge Lovric advised by R&R[3] that defendant's motion for a hearing should be denied, that defendant should not be entitled to an exemption as to his brokerage account, and that this Court should proceed to issue an appropriate writ of garnishment.  Dkt. No. 15.  Defendant has not opposed the R&R, and the time to do so has passed.  *Id.*

Upon review for clear error, Judge Lovric's R&R is accepted and will be adopted in all respects.  *See* FED. R. CIV. P. 72(b).  The Government is directed to submit a proposed order to this Court as to the issuance of an appropriate writ of garnishment, and this matter will be stayed until such time as they have done so.

Therefore, it is

---

[3] This Federal Debt Collection Act matter was properly referred to Judge Lovric for an R&R. *See* N.D.N.Y. L.R. 72.3(f).

ORDERED that

1. The Report & Recommendation (Dkt. No. 15) is ACCEPTED;

2. Defendant's motion for a hearing (Dkt. No. 8) is DENIED;

3. The Government is ordered to submit a proposed order to this Court as to the issuance of an appropriate write of garnishment; and

4. The Court *sua sponte* stays this matter until the Government files a proposed order.

The Clerk of the Court is directed to terminate the pending motions (Dkt. Nos. 8, 15) and stay the case pending the Government's submittal.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: October 8, 2025
       Utica, New York.